AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID SCOTT HALSEY<br><br>*Defendant(s)* | Case No. 6:21 mj 004 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 17, 2021** in the county of **Pickens** in the District of **South Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) | Possession of a firearm which is not registered to him in the National Firearms Registration and Transfer Record. |
| 18 U.S.C. 842(a)(3)(A) | Unlawful transportation of explosive materials. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

ROBERT K. GEBING, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.  via telephone
original submitted electronically  Authorized to write in name by phone
1/18/21 no modifications      1/18/2021  12:19 pm
                              Kevin McDonald

Date: 1/18/2021  12:19 pm                                      1/19/21
*Judge's signature*

City and state: Greenville, South Carolina     KEVIN F. McDONALD, U.S. Magistrate Judge
                                                *Printed name and title*