

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*Office of the Warden*

3301 Leestown Road
Lexington, KY 40511-8799

June 16, 2021

The Honorable Kevin F. McDonald
United States Magistrate Judge
District of South Carolina
300 East Washington Street, Suite 300
Greenville, South Carolina 29601

RE:   Name:        HALSEY, David Scott
      Case No.:    8:21-cr-00107-TMC
      Reg. No.:    26015-509

Dear Judge McDonald:

Your court order, dated May 27, 2021, committed David Scott Halsey to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his competence to stand trial and his mental state at the time of the alleged offense, respectively. Mr. Halsey arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on June 16, 2021. Pursuant to Title 18, United States Code, Section 4247, the evaluation period of 45 days began the day he arrived at our facility. Under such a time frame, the evaluation would be completed by July 30, 2021, and a report would be available to the Court by August 27, 2021.

If you have any concerns or questions regarding this case, please do not hesitate to contact myself or Dr. Haley Wentowski at 859-255-6812. We respectfully submit this notification to the Court.

Sincerely,

David Paul
Warden